JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY BRYCE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THC-ORANGE COUNTY, INC., a California corporation, KINDRED HEALTHCARE OPERATING, INC., a Delaware corporation; THC-ORANGE COUNTY, LLC, a California limited liability corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. 2:18-cv-09019-JLS-DFM<br><br>HONORABLE JOSEPHINE L. STATON<br><br>**ORDER APPROVING PAGA SETTLEMENT AND DISMISSING ACTION** |

**STIPULATION OF SETTLEMENT AND REQUEST FOR DISMISSAL**

Having read and considered the Stipulation to Approve PAGA Settlement and Dismiss Action of the Parties (Stip., Doc. 27), and good cause appearing and having found the PAGA Settlement to be fair, adequate and reasonable, the Court hereby ORDERS:

1. The PAGA Settlement described herein, which settles and releases Plaintiff's PAGA claim on an individual basis only, as set forth in the PAGA Settlement Agreement (Ex. A to Stip.), is hereby approved;

2. Defendants shall make the payments described in the PAGA Settlement Agreement;

3. Plaintiff's Individual Claims are hereby dismissed with prejudice;

4. The PAGA claims of putative class members are dismissed, without prejudice, except as to Plaintiff as set forth in the Stipulation and PAGA Settlement Agreement;

5. The Court finds that the factors set forth in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401, 1408 (9th Cir. 1989) favor settlement of Plaintiff's Individual Claims and dismissal of the class claims without prejudice to the putative class and without the necessity of issuing class notice;

6. The Class Claims are hereby dismissed without prejudice to the putative class;

7. The Lawsuit is hereby dismissed in its entirety as to all Parties as set forth herein;

8. All Parties shall bear their respective fees and costs except as expressly provided in the settlement of Plaintiff's Individual Claims; and

9. The PAGA Settlement Agreement shall be enforceable by the Court and the Court shall retain exclusive and continuing equity jurisdiction of this Lawsuit over all Parties and Aggrieved Employees to interpret and enforce the terms, conditions and obligation of the Agreement.

**IT IS SO ORDERED.**

Dated: August 13, 2019

_____
HONORABLE JOSEPHINE L. STATON